**In The**

***Court of Appeals***

***Ninth District of Texas at Beaumont***

_____

**NO. 09-21-00381-CV**
_____

**SIGNATURE INDUSTRIAL SERVICES, LLC, SIGNATURE ASSOCIATES, LLC, MICHEL B. MORENO, AND MOR KM HOLDINGS, LLC, Appellants**

**V.**

**JEFFRY M. OGDEN, Appellee**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-195,960-B**

**ORDER**

On December 2, 2021, Signature Industrial Services, LLC, Signature Associates, LLC, Michel B. Moreno, and MOR KM Holdings, LLC, appellants, filed a notice of accelerated appeal from a temporary injunction order. We have received a suggestion of bankruptcy providing notice that Signature Industrial Services, LLC filed a bankruptcy petition in the United States Bankruptcy Court for the Western District of Louisiana as case number 22-50087. Accordingly, for administrative

1

purposes this appeal is abated and will be treated as a closed case unless reinstated on proper motion. All appellate deadlines are suspended until further order of this Court. *See* Tex. R. App. P. 8.2. The parties may file a motion to reinstate or sever the appeal if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3. The parties shall promptly inform this Court of the resolution of the bankruptcy proceeding or any other event authorizing reinstatement of the appeal.

ORDER ENTERED February 16, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.